UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-24621-CIV-MORENO

GILBERTO LINO MORGAN,

    Plaintiff,

vs.

LEAL MEDICAL CENTER, LLC, ABC-ALSY ADULT DAY
CARE CENTERS, LLC, LEAL PHARMACY, LLC, JHACNEA P.
LEAL, YAIMA DELGADO, DANIEL DELGADO, DANIEL
ORAZCO, and HENRY MULLALES, SR.,

    Defendants.
_____/

## ORDER REQUIRING UPDATES

THIS CAUSE came before the Court upon Plaintiff's Statement of Claim and finding it insufficient.

THE COURT has considered the motion, the pertinent portions of the record, and is fully advised in the premises. It is

**ORDERED AND ADJUDGED** that the Plaintiff shall specifically identify the days and hours worked, as Ordered by the Court on November 8, 2016 [D.E. 8]. For example, did Plaintiff take any time off during the 42 weeks that he has mentioned. Defendants in turn are obligated to record, and now to report, the hours that Plaintiffs worked. Plaintiff's Amended Statement of Claim and Defendants' report are due on **Friday, December 2, 2016**. Failure of Defendants to file as required may result in a default judgment. Failure of Plaintiff to file the updated claim will result in a dismissal.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th of November 2016.

                                                              FEDERICO A. MORENO
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record