**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 16-CV-24621-FAM/O'Sullivan

GILBERTO LINO MORGAN and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

LEAL MEDICAL CENTER, LLC,
ABC-ALYS ADULT DAY CARE CENTERS, LLC,
LEAL PHARMACY, LLC,
JHACNEA P. LEAL,
YAIMA DELGADO,
DANIEL OROZCO,
HENRY MULLALES, SR.,

    Defendants.

NOTICE OF APPEARANCE FOR DEFENDANT'S
LEAL MEDICAL CENTER, LLC, ABC-ALSYS ADULT DAY CARE CENTERS, LLC,
**LEAL PHARMACY, LLC, JHACNEA P. LEAL and DANIEL OROZCO**

    PLEASE TAKE NOTICE that the undersigned hereby files his Notice of Appearance as Counsel on behalf of Defendant's, Leal Medical Center, LLC, ABC-ALSYS Adult Day Care Centers, LLC, Leal Pharmacy, LLC, Jhacnea P. Leal, and Daniel Orozco, in the above captioned cause.  The undersigned respectfully requests that he be placed on the service list of the Court and opposing Counsel.  Please serve copies of all future pleadings, notices, motions, orders, correspondence and other documents on Barakat Law, P.A. at the address below.

**-CERTIFICATE OF SERVICE TO FOLLOW ON NEXT PAGE-**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via ECM/electronic mail on December 6, 2016 on all counsel or parties of record on the Service List below.

                                          Respectfully submitted,

                                          **BARAKAT LAW, P.A.**
                                          2701 PONCE DE LEON BLVD., SUITE 202
                                          CORAL GABLES, FLORIDA 33134
                                          TEL (305) 444-3114
                                          FAX (305) 444-3115


                                BY: _S/BRIAN BARAKAT_____
                                          BRIAN BARAKAT
                                          FLORIDA BAR NUMBER 457220
                                          brian@triallawmiami.com
                                          service@triallawmiami.com


Service list:

J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: 305-865-6766
Fax: 305-865-6766
zabogado@aol.com