UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-CV-24621-FAM/O'Sullivan

GILBERTO LINO MORGAN, and all others
similarly situated under 29 U.S.C. 216(b),

    *Plaintiff*,

vs.

LEAL MEDICAL CENTER, LLC,
ABC-ALSY ADULT DAY CARE CENTERS,
LLC,
LEAL PHARMACY, LLC,
JHACNEA P LEAL,
YAIMA DELGADO,
DANIEL OROZCO,
HENRY MULLALER, SR.,

    *Defendants*.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
## TO PLAINTIFF'S COMPLAINT

COME NOW, the Defendants, LEAL MEDICAL CENTER, LLC, ABC-ALSY ADULT DAY CARE CENTERS, LLC, LEAL PHARMACY, LLC, JHACNEA P LEAL, and DANIEL OROZCO, collectively "the Defendants," by and through undersigned counsel, and hereby file their answer and affirmative defenses to the Plaintiff's Complaint as follows:

1.    Admitted that Plaintiff purports to bring a claim pursuant to 29 U.S.C.

§§ 210-216, but denied as to Plaintiff's entitlement to any recover thereunder.

2. Admitted only for jurisdictional purposes, but denied as to Plaintiff's entitlement to any recovery.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

## COUNT I
## FEDERAL OVERTIME WAGE VIOLATION

11. Denied.

12. Admitted only for jurisdictional purposes, but denied as to Plaintiffs' entitlement to any recovery.

13. Admitted only that the code cited speaks for itself, but denied as to Plaintiff's entitlement to recovery thereunder. Otherwise, denied.

14. Admitted.

15. Admitted.

16. Admitted.



17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

## COUNT II
## REIMBURSEMENT OF EXPENSES

27. Admitted only that the code cited speaks for itself, but denied as to Plaintiff's entitlement to recovery thereunder. Otherwise, denied.

28. Denied.

29. Denied.

30. Denied.

## COUNT III
## UNJUST ENRICHMENT

31. Denied.

32. Admitted only that the code cited speaks for itself, but denied as to

BARAKAT LAW

2701 Ponce de Leon Blvd. Suite 202, Coral Gables, FL 33134 • Tel: 305-444-3114 • service@triallawmiami.com

Plaintiff's entitlement to recovery thereunder. Otherwise, denied.

33. Denied.

34. Denied.

Defendants, LEAL MEDICAL CENTER, LLC, ABC-ALSY ADULT DAY CARE CENTERS, LLC, LEAL PHARMACY, LLC, JHACNEA P LEAL, and DANIEL OROZCO hereby deny any and all allegations not specifically admitted above.

## AFFIRMATIVE DEFENSES

In response to the Complaint, Defendants, LEAL MEDICAL CENTER, LLC, ABC-ALSY ADULT DAY CARE CENTERS, LLC, LEAL PHARMACY, LLC, JHACNEA P LEAL, and DANIEL OROZCO, assert the following affirmative defenses:

1. Plaintiff fails to state a cause of action under the FLSA.

2. Plaintiff fails, in whole or in part, to state a claim against Defendants for which relief may be granted.

3. Plaintiff was paid for all hours worked in compliance with FLSA.

4. Any actions toward Plaintiff were taken in full compliance with the law applicable to the parties at the time said action was taken.

5. Defendants acted at all times in good faith and had reasonable grounds to believe that their actions were not a violation of the FLSA and/or any



other federal, state, or local regulation, and therefore, liquidated damages are not appropriate in this action.

      6.    The act or omission complained of was in good faith, in conformity with, and in reliance on any administrative regulation, order, ruling, approval, or interpretation, or any administrative practice or enforcement policy with respect to the class of employers to which Plaintiff belonged.

      7.    Defendants are entitled to any and all exemptions and credits that are applicable to Plaintiff under the FLSA.

      8.    Any time worked by any Plaintiff in excess of forty (40) hours per workweek was *de minimis*.

      9.    Plaintiff's claim is subject to all limitations on recovery of damages as set forth under applicable law.

      10.    To the extent discovery reveals that Plaintiff failed to follow applicable policies for reporting hours worked, Defendants will invoke the doctrine of estoppel and/or waiver to bar such claims.

      11.    Plaintiff's claim must be offset by any premium compensation, overpayment, bonuses, advances, commissions, or other job-related benefits or funds paid or provided, including a reduction for any compensation already paid for periods not compensable under the FLSA, and those to which they had no entitlement.

BARAKAT LAW

2701 Ponce de Leon Blvd. Suite 202, Coral Gables, FL 33134 • Tel: 305-444-3114 • service@triallawmiami.com

12. Plaintiff received any and all compensation that each was entitled to under the FLSA.

13. If the Plaintiff is entitled to any recovery, that Plaintiff is not entitled to pre-judgment interest.

14. If any Plaintiff is entitled to any recovery, that Plaintiff's claim is limited to damages as calculated by the "fluctuating work week" or "half-time overtime" method of calculating wages.

15. Plaintiff's claim is barred by the doctrines of unclean hands, estoppel, and/or laches.

16. Plaintiff has failed to allege a sufficient basis for recovering attorney's fees.

17. Defendants reserve the right to assert additional affirmative defenses that may be discovered during the defense of this matter.

WHEREFORE, Defendants, LEAL MEDICAL CENTER, LLC, ABC-ALSY ADULT DAY CARE CENTERS, LLC, LEAL PHARMACY, LLC, JHACNEA P LEAL, and DANIEL OROZCO request that this Court dismiss the Plaintiff's Complaint with prejudice and aware the Defendants actual or statutory damages, whichever is greater, attorney's fees and costs, and for all other relief as this Court deems mete and just.

**-CERTIFICATE OF SERVICE TO FOLLOW ON THE NEXT PAGE-**



*Defendants' Answer and Affirmative Defenses*
*to Plaintiff's Complaint*
*Page 7 of 7*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via ECM/electronic mail on December 6, 2016 on all counsel or parties of record on the Service List below.

Respectfully submitted,

**BARAKAT LAW, P.A.**
2701 PONCE DE LEON BLVD.,
SUITE 202
CORAL GABLES, FLORIDA 33134
TEL (305) 444-3114
FAX (305) 444-3115

BY: s/**BRIAN BARAKAT**
BRIAN BARAKAT
FLORIDA BAR NUMBER 457220
brian@triallawmiami.com
service@triallawmiami.com

*Service List:*
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: 305-865-6766
Fax: 305-865-6766
zabogado@aol.com



2701 Ponce de Leon Blvd. Suite 202, Coral Gables, FL 33134 • Tel: 305-444-3114 • service@triallawmiami.com